Heckman, both of New York City, of counsel), for appellee The Henry W. Card.

Frank Cooper, of New York City, for appellee O'Brien Bros., Inc.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

Henry A. WALLACE, Secretary of Agriculture, Homer J. Cummings, Attorney General of The United States of America, Dwight H. Green, United States Attorney for the Northern District of Illinois, Eastern Division, and Frank E. Baker, Market Administrator for the Chicago Sales Area under the Chicago License for Milk, v. COLUMBUS MILK PRODUCERS CO-OPERATIVE ASSOCIATION, a Corporation; Sam M. Austin; George H. Denninger; Arthur Biederman; Edwin L. Biel; William Bielke; Lawrence Birkenstock and Oscar Birkenstock, a Copartnership Doing Business as and under the Firm Name and Style of Birkenstock Brothers; A. E. Birkenstock; Paul Blatz; Leo Blaschka; Edward Boetcher; A. H. Braker; William Breyer, Elmer Breyer, and Lawrence Breyer, a Copartnership, Doing Business as and under the Firm Name and Style of William Breyer & Sons; August Buchholz; William H. Call; B. A. Conlin; James Crombie; John B. Crombie; Raymond Crossman and J. Kirk Crossman, a Copartnership, Doing Business as and under the Firm Name and Style of Crossman Brothers; Henry B. Dolan; Louis Dobis; Henry Duborg; Mary Duffy; Earl Fields; Charles H. Finger; H. A. Frederick; Budd Frey; Herman F. Schmidt; Howell Griffith; Ben Groening; Ray W. Haskey, August Hannamann, Jr.; Carl Hatzinger; Louis Hatzinger; Raymond Heidemann; Edward Henke; Fred Henke; Frank Henning; Fred Heppe; Leonard Herzberg; Edward Herzberg; Charles H. Holsten; Donald Holt; Rudolf Homann; H. H. Huggett; William Hundley; Arthur Hurckman; Charles Jahnke; John D. Jones; Owen T. Jones; William E. Jones; William O. Jones; John E. Johnson; Theron Johnson; John Kant; Joseph Kennedy; Fred Kenning; M. A. Kieson; Harold Kitzerow; Albert Krueger; John Langefeldt; Frank Leisman; Emil P. Leistikow; Herman A. Lenz; Emery Lenz; John Lewis; Clarence F. Lienke; Otto F. Lienke; John J. Lobeck; Frank Lobeck; Ernest Loeffler; Addie Lynch; Albert Maier; Thomas F. Manley; Albert Martin; Lawrence Metzger; Raymond Meyers; Bernie Nickelson; Robert W. Miller; Robert Miller; Thomas Mulligan; Bruce Nashold; Julius Petrick; Edward M. Poser and Edward W. Gaumitz, a Copartnership, Doing Business as and under the Firm Name and Style of Poser & Gaumitz; Edward M. Poser and Joseph Groh, a Copartnership, Doing Business as and under the Firm Name and Style of Poser & Groh; Nick Powers; Gus Rahn; Paul Rahn; Clem Rake; Thomas H. Roberts; A. J. Roedl; Earl Rueter; Charles Sauer; Chris. Sauer; Albert Salzman; William Schleicher; August Schliff, Jr.; Paul Schliff; Lena Schmeling; Robert Schmidt; R. E. Schrab; Emil F. Schultz; Herbert Sennhenn; H. W. Stange; Otto Schwock; Arthur Stark; Allen W. Sumnicht; F. A. Sumnicht; H. J. Thiede; Frank Walashek; J. C. Waterworth; Thomas Waterworth; Ralph C. Webster; John Weisensel; Arthur H. Weiner; Raymond Weiner; Henry C. Westphal; Otto Whitefoot; Harold Wright; Edward Yerges; Walter Zimbrich; and Meadowbrook Dairies, Inc.

No. 5396.

Circuit Court of Appeals, Seventh Circuit.

Oct. 2, 1935.

John Dickinson, Asst. Atty. Gen., and Michael L. Igoe, U. S. Atty., for appellants.

Joseph R. Roach and William Parrillo, both of Chicago, Ill., for appellees.

For opinion below, see 8 F.Supp. 1014.

Before SPARKS and ALSCHULER, Circuit Judges, and BRIGGLE, District Judge.

PER CURIAM.

On consideration whereof, it is now here ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed, pursuant to the foregoing stipulation.

**WARNER BROS. PICTURES, Inc., v. Hon. George COSGRAVE, Judge of the U. S. District Court for the Southern District of California.**

No. 7902.

Circuit Court of Appeals, Ninth Circuit.

Oct. 15, 1935.

Clarence M. Hanson and Freston & Files, all of Los Angeles, Cal., for petitioner.

Wm. B. Spivak, of Los Angeles, Cal., for respondent.

Before WILBUR, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

Upon consideration of the papers on file, and oral argument of counsel for respective parties on return to order to show cause, ordered, that the order of the District Court herein requiring impounding of film be vacated as being in excess of jurisdiction, and that an order be entered accordingly.

**Woodrow WARREN, Appellant, v. UNITED STATES of America, Appellee.**

No. 3968.

Circuit Court of Appeals, Fourth Circuit.

Oct. 7, 1935.

M. B. Simpson and R. Clarence Dozier, both of Elizabeth City, N. C., for appellant.

J. O. Carr, U. S. Atty., of Wilmington, N. C.

PER CURIAM.

On motion of appellee, consented to by attorneys for appellant, cause is docketed and dismissed.

**Frank WHITCOMB, Creditor, Appellant, v. Rosetta M. GROVES, Bankrupt.**

No. 10243.

Circuit Court of Appeals, Eighth Circuit.

July 6, 1935.

S. C. Hickman, of Chariton, Iowa, for appellant.

Leo A. Hoegh, of Chariton, Iowa, for appellee.

PER CURIAM.

Appeal allowed by this court dismissed, at costs of appellant, per stipulation of parties.

**Rollin H. WHITE et al., Appellants, v. NEVADA STATE GOLD MINES COMPANY, Appellee.**

No. 7925.

Circuit Court of Appeals, Ninth Circuit.

Nov. 19, 1935.

Walter Rowson, of Reno, Nev., for appellants.

H. R. Cooke, of Reno, Nev., for appellee.

Before WILBUR, DENMAN, and HANEY, Circuit Judges.

PER CURIAM.

Upon confession of appeal and stipulation for reversal of order of District